

# EXHIBIT "A"



James S. Haliczer
Eugene K. Pettis✧
Richard B. Schwamm
Kenneth J. Miller
Debra Potter Klauber
Michael M. Riedhammerͨ
Trisha S. Widowfield
Patrick W. Zalman
Gabriel Z. Gonzalez

*Of Counsel*
Richard L. Wagenheim°
Barbara B. Wagnerͨ

✧ *Board Certified In Education Law*
ͨ *Board Certified In Workers' Compensation*

**FORT LAUDERDALE**
One Financial Plaza
Seventh Floor
100 S.E. Third Avenue
Fort Lauderdale, Florida 33394
Telephone (954) 523-9922
Fax (954) 522-2512

**ORLANDO**
Landmark Center Two
Suite 475
225 E. Robinson Street
Orlando, Florida 32801
Telephone (407) 841-9866
Fax (407) 841-9915

REPLY TO:  Orlando

January 24, 2020

U.S. Department of Health and Human Services
Office of the General Counsel
General Law Divisi9on, Claims and Employment Law Branch
ATTN: Claims
330 C Street, S.W.
Switzer Building, Suite 2100
Washington, D.C. 20201

    Re:    **Crystal Merriweather/Landrea Jones**
            **Our File No. 2000.0408**

To Whom It May Concern:

    Enclosed please find the completed Claim for Damage, Standard Form 95, which is submitted as part of our administrative tort claim against the Department of Health and Human Services for injuries caused by employees of the Brevard Health Alliance, and more specifically Dr. Jennifer Escobar-Diaz and Annet Ferrel, CNM.

    The supporting documentation, in triplicate, is being shipped separately via Federal Express Ground shipping. There are four (4) boxes which are scheduled to arrive at your offices on or about January 29, 2020. The Tracking number for the shipment is 777599711290. We have also enclosed, with this correspondence, a flash drive with those documents.

      Additionally, we have enclosed a flash drive, with this correspondence, which includes all documents and materials contained in the boxes.

      Thank you.

                      Very truly yours,

                        *s/ Richard B. Schwamm*
                        RICHARD B. SCHWAMM

RBS/mfm
Enclosures:
      Flash drive of supporting documents
      Standard Form 95 Claim for Damage, Injury or Death

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| U.S. Department of Health and Human Services<br>Office of the General Counsel/General Law Division/Claims Office<br>330 C Street, S.W., Switzer Building, Suite 2600<br>Washington, D.C. 20201 | Crystal Merriweather, as parent and natural guardian of Landrea Jones<br>c/o Haliczer, Pettis & Schwamm, P.A.<br>225 E. Robinson St., #475, Orlando, FL 32801 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH<br>02/15/2018 | 5. MARITAL STATUS<br>S | 6. DATE AND DAY OF ACCIDENT<br>02/15/2018 | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

This claim involves obstetrical care and treatment provided to Crystal Merriweather by Jennifer Escobar-Diaz, M.D., Annet Ferrel, C.N.M. and nurses at Holmes Regional Medical Center on February 14 and 15, 2018. The failure to properly monitor her labor and perform an earlier delivery led to the child, Landrea Jones' severe and permanent neurological injuries.

This claim under the FTCA relates to the alleged negligence of Jennifer Escobar-Diaz, M.D. and Annet Ferrel, CNM and Brevard Health Alliance.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side).

N/A

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

The injured child, Landrea Jones suffers from severe and irreversible neurologic injuries, cognitive impairment and physical disabilities related to brain injury during labor and/or delivery.

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Crystal Merriweather | 2442 Lisa Lane; Melbourne, FL 32935 |

12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| | $9.5 million | | $9.5 million |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>321-419-5490 | 14. DATE OF SIGNATURE<br>1/17/19 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| INSURANCE COVERAGE |
|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property. |
| 15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No<br>N/A |

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No | 17. If deductible, state amount. |
|---|---|
| N/A | |

| 18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).<br>N/A |
|---|

| 19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No<br>N/A |
|---|

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
 A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the General Counsel
General Law Division
Claims Office
330 C Street, S.W.
Switzer Building, Suite 2100
Washington, D.C. 20201

FEB -3 ...

Richard S. Schwamm, Esq.
Haliczer Pettis & Schwamm
Landmark Center Two
Suite 475
225 E. Robinson Street
Orlando, Florida 32801

Re: **Administrative Tort Claim of Crystal Merriweather, as parent and natural guardian of Landrea Jones, a minor**, Claim No. 2020-0269

Dear Mr. Schwamm:

      This will acknowledge the receipt of the administrative tort claim, filed on behalf of your client, Crystal Merriweather, as parent and natural guardian of Landrea Jones, a minor, alleging, *inter alia*, that, from February 14, 2018 to February 15, 2018, Jennifer Escobar-Diaz, M.D., Annet Ferrel, CNM, and unknown nurses at Holmes Regional Medical Center, alleged employees of Brevard Health Alliance, located in Melbourne, Florida, failed to properly monitor Ms. Merriweather during labor and delivery, causing severe and permanent neurological injuries to her daughter Landrea Jones, a minor. Your client's claim was received in the Claims Office on October 2, 2018 for consideration and reply.

      In order to evaluate your client's administrative tort claim, please forward the following substantiating evidence directly to this office **within 15 days** at the address above:

1.) **TWO COPIES ON SEPARATE CD'S OR USB FLASH DRIVES** of any inpatient and outpatient private medical records from which *relate* to the allegations contained in the administrative tort claim, that have not been previously provided;

2.) **THREE COPIES ON SEPARATE CD'S OR USB FLASH DRIVES** of all *pertinent* X-rays, fetal monitoring strips, diagnostic imaging, ultrasonography, computed tomography (CT) and magnetic resonance imaging (MRI), that have not been previously provided;

3.) Itemized bills pertaining to all pertinent medical expenses incurred by reason of the alleged incident;

Richard S. Schwamm, Esq.
Re: Claim No. 2020-0269
Pg. 2

4.) If the prognosis reveals the necessity for future treatment, a statement of expected duration of, and, expenses for such treatment;

5.) If a claim is made for lost wages, a signed statement from your client's employer showing actual time and wages lost;

6.) Any other evidence or information that you believe has a bearing on the responsibility of the health center and its employees for the injuries and/or the damages claimed; and

7.) Evidence of your authority to represent your client in this matter.

**AS ALL MAIL DELIVERED TO FEDERAL GOVERNMENT BUILDING IS X-RAYED/RADIATED, AND *MAY BE DAMAGED* DURING THE PROCESS, PLEASE FORWARD ALL EVIDENCE TO THIS OFFICE USING FEDEX, DHL OR UPS. PLEASE DO NOT FAX MEDICAL EVIDENCE OR SEND CDs or X-RAYS BY U.S. MAIL.**

Please be advised that all evidence must be furnished by a claimant within a reasonable period of time. By operation of 45 C.F.R. § 35.4(d), a claimant's failure to furnish evidence necessary to make a determination of his/her administrative tort claim within three months after a request for such evidence has been made, may be deemed an abandonment of the administrative tort claim. Further, a claimant's failure to provide requested evidence during the administrative tort claim process may result in a finding that his/her administrative remedies have not been exhausted, even if suit is filed more than six months after filing an administrative tort claim. See Swift v. United States, 614 F.2d 812 (1st Cir. 1980).

Yours truly,

*Connie M. McConahy*
Connie M. McConahy
Paralegal Specialist
Claims Office