

# EXHIBIT "B"



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the General Counsel
General Law Division/General Law Division
Claims Office
330 C Street, S.W.
Switzer Building, Suite 2100
Washington, D.C. 20201

MAY 21 2020

**U. S. MAIL CERTIFIED - RETURN RECEIPT REQUESTED**
Article No. 7019 1120 0002 0807 7986

Richard S. Schwamm, Esq.
Haliczer Pettis & Schwamm
Landmark Center Two
Suite 475
225 E. Robinson Street
Orlando, Florida 32801

Re: **Administrative Tort Claim of Crystal Merriweather, as Parent and Natural Guardian of Landrea Jones, a minor, Claim No. 2020-0269**

Dear Mr. Schwamm:

On January 27, 2020, on behalf of your client, Crystal Merriweather, as parent and natural guardian of Landrea Jones, a minor, you filed an administrative tort claim under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(a), 2401(b), 2671-80, alleging, *inter alia*, that, from February 14, 2018 to February 15, 2018, Jennifer Escobar-Diaz, M.D., and Anette Ferrell, CNM, employees of Brevard Health Alliance, located in Melbourne, Florida, failed to provide proper labor and delivery care to Ms. Merriweather, causing severe and permanent neurological injuries to her daughter Landrea Jones, a minor.

The FTCA authorizes the settlement of any claim of money damages against the United States for, *inter alia*, injury or death caused by the negligent, or wrongful, act or omission of any employees of the Federal Government, while acting within the scope of employment. Under the FTCA, said act or omission must be such that the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred. 28 U.S.C. § 2672.

This letter constitutes the notice of final determination of your client's administrative tort claim, as required by 28 U.S.C. §§ 2401(b), 2675(a). The administrative tort claim of Crystal Merriweather, as parent and natural guardian of Landrea Jones, a minor, is denied. The evidence fails to establish that the alleged injuries were due to the negligent or wrongful act or omission of a federal employee acting within the scope of employment.

Richard S. Schwamm, Esq.
Subj:  Claim No. 2020-0269
Pg. 2

    If your client is dissatisfied with this determination, she is entitled to:

1. file a written request with the Agency for reconsideration of the final determination denying the claim within six (6) months from the date of mailing of this determination (28 C.F.R. § 14.9); or

2. file suit against the United States in the appropriate federal district court within six (6) months from the date of mailing of this determination (28 U.S.C. § 2401(b)).

    In the event your client requests reconsideration, the Agency will review the claim within six (6) months from the date the request is received. If the reconsidered claim is denied, your client may file suit within six (6) months from the date of mailing of the final determination.

Sincerely,

Jennifer B. Smith -S
*Digitally signed by Jennifer B. Smith -S*

Jennifer B. Smith
Acting Deputy Associate General Counsel
Claims and Employment Law Branch

**DEPARTMENT OF
HEALTH & HUMAN SERVICES**

Office of The General Counsel
General Law Division
Claims Office
Switzer Building, Suite 2100
330 C Street SW
Washington, DC 20201-0008

CERTIFIED MAIL

7019 1120 0002 0807 7986

U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300

PITNEY BOWES
$ 006.90
02 1P
0001127490   MAY 21 2020
MAILED FROM ZIP CODE 20201

RICHARD S. SCHWAMM, ESQ.
HALICZER PETTIS & SCHWAMM
LANDMARK CENTER TWO
SUITE 475
225 E. ROBINSON STREET
ORLANDO, FL 32801